AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED <br><br> *Plaintiff(s)* <br> v. <br> BAERFIELD DRILLING LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**13 CV 4932**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Baerfield Drilling LLC
Corporation Trust Center
1209 N. Orange St.
Wilmington DE 1
9801-1120

RECEIVED 2013 JUL 15 P 1:3 U S DISTRICT COURT SDNY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph P. Moodhe
919 Third Avenue
New York, New York
10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 15 2013

RUBY J. KRAJICK
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CIMC RAFFLES OFFSHORE (SINGAPORE) )
PTE. LTD. AND YANTAI CIMC RAFFLES  )
OFFSHORE LIMITED,                  )
                                   )
    Petitioners,                   )   13 CIV 4932 (JSR)
                                   )
    v.                             )   AFFIDAVIT OF SERVICE
                                   )
BAERFIELD DRILLING LLC             )
                                   )
    Respondent.                    )

STATE OF DELAWARE      )
                             ) ss.:
COUNTY OF NEW CASTLE   )

    Daniel Sheehan, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware. That on July 17th, 2013, at 2:24 p.m. at 1209 Orange Street, Wilmington, Delaware 19801, I personally served true copies of the following documents:

-Summons
-Civil Cover Sheet
-Statement of Relatedness
-Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment
-Declaration of Joseph P. Moodhe in Support of the Petitioners' Petition to Confirm a Foreign Arbitration Award with Exhibits 1-10
-Memorandum of Law in Support of Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment
-CIMC Raffles' Disclosure Statements Pursuant to Fed. R. Civ. P. 7.1
-Yantai CIMC Raffles' Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

upon Baerfield Drilling LLC, c/o The Corporation Trust Company. The service was accepted by Melanie McGrath, Assistant Corporate Operations Manager.

                                                                                 _____
                                                                                     Daniel Sheehan

Sworn to before me this
24th day of July, 2013

_____
Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015