IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>Petitioners,<br><br>v.<br><br>BAERFIELD DRILLING LLC,<br><br>Respondent. | 13 Civ. 4932 ( )<br>ECF Case |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to CIMC Raffles Offshore (Singapore) Pte. Ltd., a private non-governmental party, its corporate parent is China International Marine Containers (Group) Co. Ltd, and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Pte. Ltd.'s stock: China International Marine Containers (Group) Co. Ltd.

Dated: New York, New York
July 16, 2013

>Respectfully submitted,
>DEBEVOISE & PLIMPTON LLP
>
>By: _____
>Joseph R. Moodhe
>jpmoodhe@debevoise.com
>919 Third Avenue
>New York, NY 10022
>(212) 909-6241
>
>*Co-counsel for Petitioners*