IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>BAERFIELD DRILLING LLC,<br><br>　　　　Respondent. | 13 Civ.4932 (　　)<br>ECF Case |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Yantai CIMC Raffles Offshore Limited, a private non-governmental party, and its corporate parents is CIMC Raffles Offshore (Singapore) Pte. Ltd. CIMC Raffles Offshore (Singapore) Pte. Ltd. is a subsidiary of China International Marine Containers (Group) Co. Ltd and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Pte. Ltd. stock's: China International Marine Containers (Group) Co. Ltd.

Dated: New York, New York
　　　　July 15, 2013

Respectfully submitted,
DEBEVOISE & PLIMPTON LLP

By: /s/ Joseph P. Moodhe
Joseph P. Moodhe
jpmoodhe@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6241

*Co-counsel for Petitioners*