IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED, <br><br> Petitioners, <br><br> v. <br><br> BAERFIELD DRILLING LLC <br><br> Respondent. | 13 CIV 4932 (JSR) <br><br> AFFIDAVIT OF SERVICE |

STATE OF DELAWARE    )
                     ss.:
COUNTY OF NEW CASTLE )

    Daniel Sheehan, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware. That on July 17th, 2013, at 2:24 p.m. at 1209 Orange Street, Wilmington, Delaware 19801, I personally served true copies of the following documents:

-Summons
-Civil Cover Sheet
-Statement of Relatedness
-Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment
-Declaration of Joseph P. Moodhe in Support of the Petitioners' Petition to Confirm a Foreign Arbitration Award with Exhibits 1-10
-Memorandum of Law in Support of Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment
-CIMC Raffles' Disclosure Statements Pursuant to Fed. R. Civ. P. 7.1
-Yantai CIMC Raffles' Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

upon Baerfield Drilling LLC, c/o The Corporation Trust Company. The service was accepted by Melanie McGrath, Assistant Corporate Operations Manager.

                                                     _____
                                                     Daniel Sheehan

Sworn to before me this
24th day of July, 2013

_Dennis Schofield_
Dennis Schofield, Notary Public

**DENNIS SCHOFIELD**
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015