UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

                    Petitioners,

v.

BAERFIELD DRILLING LLC,

                    Respondent.

13 Civ. 4932

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

                    Petitioners,

v.

SORATU DRILLING LLC,

                    Respondent.

13 Civ. 4933

------------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Paul S. Hessler and Patrick C. Ashby, of Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105, hereby appear to represent Respondents Baerfield Drilling LLC and Soratu Drilling LLC in the above-captioned matter.  Respondents are not subject to personal jurisdiction in the State of New York, and expressly preserve all jurisdictional defenses.

Dated: New York, New York
August 7, 2013

Respectfully submitted,

Linklaters LLP

By: /s/ Paul S. Hessler
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas,
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Baerfield Drilling LLC and Soratu Drilling LLC*