UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

          Petitioners,

v.

BAERFIELD DRILLING LLC,

          Respondent.

13 Civ. 4932 (JSR)

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

          Petitioners,

v.

SORATU DRILLING LLC,

          Respondent.

13 Civ. 4933 (JSR)

------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents Baerfield Drilling LLC ("BDL") and Soratu Drilling LLC ("SDL") make the following disclosures:

Respondents BDL and SDL are wholly-owned subsidiaries of Black Gold Drilling LLC, which is a wholly-owned subsidiary of Sea Biscuit International Inc., itself a wholly-owned subsidiary of Schahin Oil & Gas Ltd.

Dated: New York, New York
August 7, 2013

Respectfully submitted,

Linklaters LLP

By: /s/ Paul S. Hessler
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas,
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Baerfield Drilling LLC and Soratu Drilling LLC*