UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

          Petitioners,

  v.

BAERFIELD DRILLING LLC,

          Respondent.

13 Civ. 4932 (JSR)

------------------------------------------------------------

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

          Petitioners,

  v.

SORATU DRILLING LLC,

          Respondent.

13 Civ. 4933 (JSR)

------------------------------------------------------------x

## STIPULATION AND ORDER OF CONSOLIDATION

      **WHEREAS**, there are currently pending in this District two related actions commenced on behalf of CIMC Raffles Offshore (Singapore) Ptd. Ltd., and Yantai CIMC Raffles Offshore Ltd. (collectively, "CIMC");

      **WHEREAS**, on or about July 15, 2013, CIMC commenced the above-captioned proceeding, *CIMC Raffles Offshore (Singapore) Pte. Ltd. et al. v. Baerfield Drilling L.L.C.*, 13

Civ. 4932 (S.D.N.Y.), by filing a Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment, with respect to an interim award issued on June 28, 2013 by Simon Kverndal QC, Jeffrey Gruder QC and Duncan Matthews QC (together, the "Tribunal") in an arbitration pending in London, England, against Baerfield Drilling LLC ("BDL");

**WHEREAS**, on or about July 15, 2013, CIMC commenced the above-captioned proceeding, *CIMC Raffles Offshore (Singapore) Pte. Ltd. et al. v. Soratu Drilling L.L.C.*, 13Civ. 4933 (S.D.N.Y.), by filing a Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment, with respect to an interim award issued on June 28, 2013 by the Tribunal in an arbitration pending in London, England, against Soratu Drilling LLC ("SDL"); and

**WHEREAS**, the above-captioned proceedings involve the same petitioners, arise from many common facts, and assert similar legal claims under the Convention on the Recognition and Enforcement of Arbitral Awards, 9 U.S.C. § 207, against BDL and SDL, separately existing companies that share the same parent company;

**WHEREAS**, by entering into this stipulation the parties do not waive, but rather expressly preserve all available claims and defenses;

2

**NOW, THEREFORE**, the undersigned parties hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 42, that to avoid unnecessary costs or delay, both of the above-captioned actions be consolidated for all purposes.

SO STIPULATED AND AGREED.

Dated:    August 15, 2013

| DEBEVOISE & PLIMPTON LLP | LINKLATERS LLP |
|---|---|
| By: _____ <br> David W. Rivkin <br> Joseph P. Moodhe <br> Nwamaka G. Ejebe <br> 919 Third Abenue <br> New York, NY 10022 <br> (212) 909-6000 <br> *Co-counsel for CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd.* | By: _____ <br> Paul S. Hessler <br> Patrick C. Ashby <br> 1345 Avenue of the Americas <br> New York, NY 10105 <br> (212) 903-9000 <br> *Counsel for Baerfield Drilling LLC and Soratu Drilling LLC* |

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, NY
          August 15, 2013

3