IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>Petitioners,<br><br>v.<br><br>BAERFIELD DRILLING LLC,<br><br>Respondent. | 13 Civ. 4932 ( )<br>ECF Case |

### DECLARATION OF JOSEPH P. MOODHE IN SUPPORT OF THE PETITIONERS' PETITON TO CONFIRM A FOREIGN ARBITRATION AWARD

I, Joseph P. Moodhe, declare as follows:

1.  I am a member of the law firm of Debevoise & Plimpton LLP, counsel to CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited (collectively, "CIMC Raffles"). I am fully familiar with the facts and circumstances underlying this action based on personal knowledge and a review of the files in my possession.

2.  I make this Declaration to put before the Court certain exhibits related to the Petition to Confirm a Foreign Arbitration Award being filed today by CIMC Raffles.

3.  Attached to this Declaration as Exhibit 1 is a true and correct copy of the reissued Interim Final Award dated June 28, 2013, and the reasons for the award.

4. Attached to this Declaration as Exhibit 2 is a true and correct copy of the Shipbuilding Contract ("SBC") entered into by the Parties on July 12, 2006.

5. Attached to this Declaration as Exhibit 3 is a true and correct copy of the London Maritime Arbitrators Association's 2006 Terms, effective on or about January 1, 2006.

6. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Second Amendment to the SBC entered into by the Parties on September 12, 2006.

7. Attached to this Declaration as Exhibit 5 is a true and correct copy of the Seventh Amendment to the SBC entered into by the Parties on September 27, 2009.

8. Attached to this Declaration as Exhibit 6 is a true and correct copy of the Eighth Amendment to the SBC entered into by the Parties on May 24, 2010.

9. Attached to this Declaration as Exhibit 7 is a true and correct copy of Tribunal's Procedural Order No. 1 dated November 20, 2012.

10. Attached to this Declaration as Exhibit 8 is a true and correct copy of the original Interim Final Award dated May 24, 2013, and the reasons for the award.

11. Attached to this Declaration as Exhibit 9 is a true and correct copy of a letter from the Tribunal letter to the Parties dated June 26, 2013.

12. Attached to this Declaration as Exhibit 10 is a true and correct copy of a letter from the Tribunal letter to the Parties dated June 27, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2013.

*[signature]*
Joseph P. Moodhe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>    Petitioners,<br><br>    v.<br><br>BAERFIELD DRILLING LLC<br><br>    Respondent. | 13 CIV 4932 (JSR)<br><br>AFFIDAVIT OF SERVICE |

STATE OF DELAWARE      )
                                              ss.:
COUNTY OF NEW CASTLE )

      Daniel Sheehan, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware. That on July 17th, 2013, at 2:24 p.m. at 1209 Orange Street, Wilmington, Delaware 19801, I personally served true copies of the following documents:

-Summons
-Civil Cover Sheet
-Statement of Relatedness
-Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment
-Declaration of Joseph P. Moodhe in Support of the Petitioners' Petition to Confirm a Foreign Arbitration Award with Exhibits 1-10
-Memorandum of Law in Support of Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment
-CIMC Raffles' Disclosure Statements Pursuant to Fed. R. Civ. P. 7.1
-Yantai CIMC Raffles' Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1

upon Baerfield Drilling LLC, c/o The Corporation Trust Company. The service was accepted by Melanie McGrath, Assistant Corporate Operations Manager.

_____
Daniel Sheehan

Sworn to before me this
24th day of July, 2013

*[signature]*

Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015