UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD., and YANTAI CIMC RAFFLES OFFSHORE
LTD.,

                              Petitioners,

               v.

BAERFIELD DRILLING LLC,
SORATU DRILLING LLC,

                              Respondents.

------------------------------------------------------------x

13 Civ. 4932 (JSR)

13 Civ. 4933 (JSR)



## STIPULATION AND ORDER

       **WHEREAS**, on August 5, 2013, this Court, during a telephonic conference with both parties, set a briefing schedule for Respondents' Motion to Dismiss or Alternatively Stay Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment (the "Motion"), with Respondents' motion due on August 7, 2013, Petitioners' response due on August 21, 2013, Respondents' reply due on August 28, 2013, and oral argument to be held on September 9, 2013, at 4:30 pm;

       **WHEREAS**, Respondents submitted their Motion on August 7, 2013;

       **WHEREAS**, Respondents and Petitioners are engaged in advanced settlement discussions to settle the above-captioned proceedings as well as another related proceeding, *CIMC Raffles Offshore (Singapore) Pte. Ltd. et al. v. Schahin Holding S.A. et al.*, 13 Civ. 0052 (S.D.N.Y.);

**NOW, THEREFORE**, the undersigned parties request that this Court modify its prior briefing schedule, amending the date for Petitioners' response to August 27, 2013, and the date for Respondents' reply to September 3, 2013.

SO STIPULATED AND AGREED.

Dated:   August 20, 2013

DEBEVOISE & PLIMPTON LLP

By: _____
Joseph P. Moodhe
David W. Rivkin
Nwamaka G. Ejebe
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Co-counsel for CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd.*

LINKLATERS LLP

By: _____
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

*Counsel for Baerfield Drilling LLC and Soratu Drilling LLC*

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, NY
         August 2_, 2013