UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>     Petitioners,<br><br>  v.<br><br>BAERFIELD DRILLING LLC,<br><br>     Respondent. | 13 Civ. 4932 (JSR) |
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>     Petitioners,<br><br>  v.<br><br>SORATU DRILLING LLC,<br><br>     Respondent. | 13 Civ. 4933 (JSR) |

## NOTICE OF INTENT TO REQUEST REDACTION

  Notice is hereby given that a statement of redaction of specific personal identifiers and confidential financial information will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

Dated: New York, New York
September 23, 2013

Respectfully submitted,

Linklaters LLP

By: /s/ Paul S. Hessler
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas,
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Baerfield Drilling LLC and Soratu Drilling LLC*