UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

       Petitioners,   13 Civ. 4932 (JSR)

    v.

BAERFIELD DRILLING LLC,

       Respondent.

------------------------------------------------------------

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

       Petitioners,   13 Civ. 4933 (JSR)

    v.

SORATU DRILLING LLC,

       Respondent.

------------------------------------------------------------x

## STIPULATION AND ORDER TO CORRECT CLERICAL MISTAKE

   **WHEREAS**, on September 25, 2013, the Court issued a Memorandum Order ("Order") confirming two Interim Final Awards and directing the Clerk of the Court to enter the awards as judgments;

   **WHEREAS**, the Order contained, as a result of clerical error, the wrong monetary figures in the second, third and fourth directions to the Clerk of the Court;

**WHEREAS**, on September 26, 2013, the Clerk of the Court complied with the Order by issuing Judgment # 13,1850 and, by doing so, replicated these three errors in the judgment;

**NOW, THEREFORE**, the undersigned parties hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 60, that:

1. The monetary figure in Direction # 2 of the Order is amended to "US$4,943,513.52";

2. The monetary figure in Direction # 3 of the Order is amended to "US$3,205,746.44", and the phrase "for post-award, pre-judgment interest of" is revised to read "for pre-judgment interest of";

3. The monetary figure in Direction # 4 of the Order is amended to "US$1,698,396.70", and the phrase "for post-award, pre-judgment interest of" is revised to read "for pre-judgment interest of";

4. The phrase "from this entry of judgment" in Direction # 6 is amended to read "from September 26, 2013";

5. The Clerk of the Court is directed to correct Judgment #13,1850 in accordance with the above amendments.

SO STIPULATED AND AGREED.

Dated: October 1, 2013
New York, NY

| DEBEVOISE & PLIMPTON LLP | LINKLATERS LLP |
|---|---|
| By: /s/ Joseph P. Moodhe | By: /s/ Paul S. Hessler |
| Joseph P. Moodhe | Paul S. Hessler |
| Nwamaka G. Ejebe | Patrick C. Ashby |
| 919 Third Avenue | 1345 Avenue of the Americas |
| New York, NY 10022 | New York, NY 10105 |
| (212) 909-6000 | (212) 903-9000 |
| *Co-counsel for CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd.* | *Counsel for Baerfield Drilling LLC and Soratu Drilling LLC* |

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, NY
October 4, 2013

3