UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>      Petitioners,<br><br>  v.<br><br>BAERFIELD DRILLING LLC,<br><br>      Respondent. | 13 Civ. 4932 (JSR) |
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>      Petitioners,<br><br>  v.<br><br>SORATU DRILLING LLC,<br><br>      Respondent. | 13 Civ. 4933 (JSR) |

## NOTICE OF WITHDRAWAL OF REDACTION REQUEST

  Notice is hereby given that, upon further consideration, respondents Baerfield Drilling LLC and Soratu Drilling LLC (together, "Respondents") no longer intend to submit a statement of redaction of the transcript from oral argument held on September 9, 2013 in the above referenced case. Respondents hereby consent to having the transcript made remotely electronically available to the public without redaction.

Dated: New York, New York
October 7, 2013

        Respectfully submitted,

        Linklaters LLP

        By: /s/ Paul S. Hessler
        Paul S. Hessler
        Patrick C. Ashby
        1345 Avenue of the Americas,
        New York, NY 10105
        (212) 903-9000
        (212) 903-9100 (fax)

        *Attorneys for Baerfield Drilling LLC and Soratu Drilling LLC*