N.Y.S.D. Case # 13-cv-4932(JSR)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand and thirteen.

_____

Yantai CIMC Raffles Offshore Limited, CIMC Raffles Offshore (Singapore) Pte. Ltd.,

    Petitioners-Appellees,

v.

Baerfield Drilling L.L.C.,

    Respondent-Appellant.

_____

**ORDER**

Docket No. 13-4138

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 7, 2013

Appellant moves to withdraw the appeal with prejudice pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/07/2013